UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRITTANY CLYBOURN,

               Plaintiffs

                                                 Index No. 18-cv-3688

vs.

SPIDERBANDS LLC and FRANCI COHEN,

               Defendant

---

## NOTICE OF APPERANCE
## AND REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that I represent **SPIDERBANDS LLC** and **FRANCI COHEN** in the above captioned matter. Please enter my appearance on behalf of said Defendants and place my name and address on the distribution list, and direct copies of all notice in the District Court proceeding, regardless of form, to the following:

    John P. Fazzio, Esq.
    Fazzio Law Offices
    164 Franklin Turnpike
    Mahwah, NJ 07430

Dated: New York New York         FAZZIO LAW OFFICES
        May 18, 2018

                                               s/ *John P. Fazzio*
                                               By: John P. Fazzio (1752)
                                               New York Office
                                               26 Broadway, 21st Floor
                                               New York, NY 10004
                                               Phone: (201) 529-8024
                                               Fax: (201) 529-8011
                                               E-mail: jfazzio@fazziolaw.com

                                               *Attorneys for Defendants Spiderbands*
                                               *and Franci Cohen*