UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

BRITTANY CLYBOURN,

                Plaintiffs

                                    Index No.  18-cv-3688

vs.

                                    **NOTICE OF MOTION**

SPIDERBANDS LLC and FRANCI COHEN,           **TO DISMISS THE**

                                    **<u>COMPLAINT</u>**

                Defendant
_____

      **PLEASE TAKE NOTICE** that, pursuant to Rule 12(b)(1), 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure, and upon the supporting memorandum of law, affidavits, and all prior proceedings had herein, Defendants SPIDERBANDS LLC AND FRANCI COHEN, through undersigned counsel, will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined, for an order dismissing the Complaint with prejudice.

      **WHEREFORE,** Defendants respectfully move this Court to Dismiss the Complaint in its entirety, with prejudice and for all other just and proper relief.

                            Respectfully Submitted,


Dated: New York New York         FAZZIO LAW OFFICES
       May 18, 2018


                          <u>s/ *John P. Fazzio*</u>
                          By: John P. Fazzio (1752)
                          New York Office
                          26 Broadway, 21st Floor
                          New York, NY 10004
                          Phone: (201) 529-8024
                          Fax: (201) 529-8011
                          E-mail: jfazzio@fazziolaw.com

*Attorneys for Defendants Spiderbands*
*and Franci Cohen*