John P. Fazzio, III (048172005)
FAZZIO LAW OFFICES
26 Broadway, 21st Floor
New York, NY 10004
*Attorneys for Spiderbands LLC and Franci Cohen*

| | |
|---|---|
| BRITTANY CLYBOURN,<br><br>                  Plaintiff,<br><br>-vs.-<br><br>SPIDERBANDS LLC and FRANCI COHEN,<br><br>                  Defendants. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>Index No. 18-cv-3688<br><br>Civil Action<br><br>**CERTIFICATION OF COUNSEL<br>JOHN P. FAZZIO, ESQ.<br>IN SUPPORT OF DEFENDANTS'<br>MOTION TO DISMISS** |

      I, JOHN P. FAZZIO, ESQ., being of full age, do hereby certify as follows:

      1.     I am the principal attorney with the law firm Fazzio Law Offices, Attorneys for Defendants Spiderbands LLC and Franci Cohen in the above-captioned matter.

      2.     I have personal knowledge of the facts contained in this Certification, the basis of which is the file maintained by this office.

      3.     Attached hereto as **Exhibit A** is a true, complete, and correct copy of a schedule of classes taught, sent to Plaintiff Brittany Clybourn's Counsel, Gregory N. Filosa, on March 30, 2018.

      4.     Attached hereto as **Exhibit B** is a true, complete, and correct copy of Brttany Clybourn's Employment Contract with Spiderbands LLC.

5. Attached hereto as **Exhibit C** is a true, complete, and correct copy of email correspondence from Plaintiff Brittany Clybourn to Defendant Franci Cohen dated February 2, 2018.

FAZZIO LAW OFFICES

*Attorneys for Defendants Spiderbands LLC and Franci Cohen*

By: _____
JOHN P. FAZZIO, ESQ
BAR ID (048172005)

Dated: May 18, 2018