People

Reporting

CUSTOMER REPORTS

- Outstanding Debits
- Outstanding Credits
- Non Returning Customers
- Customer Retention
- Customers By Zip
- Customer Referrer Summary
- Unused Accounts
- Inactive Accounts
- Report Tags
- Duplicates
- Reward Campaigns

CLASS REPORTS

- Attendance Summary
- Repeat Trend
- Attendance with Revenue
- Instructor Attendance Summary
- Attendance By Timeslot
- Attendance By Customer
- Attendance By Month
- Attendance By Zip
- Attendance Export
- No Shows
- Non-Revenue Summary

# Attendance with Revenue Nov 1 - Feb 25

Room Spiderbands | Class Type - ALL - | Series None selected apply | Instructor Brittany C

Tag - off - | Promo None selected apply

Date Range 11/1/17 To 2/25/18 GO

Time Range To GO | CSV Export

**SPIDERKIX Nov 9 6:30 PM Brittany C** 1

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 2 | Emily Zuzelski | Enrolled | Single Class | $0.00 |
| | | | **Total** | **$0.00** |

**SPIDER CIRCUIT Nov 10 9:00 AM Brittany C** 2

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 30 | Alyssa Goralski | Enrolled | First Class | $0.00 |
| 3 | Erin McGann | Enrolled | First Class | $0.00 |
| 2 | Mallory Montalvo | Enrolled | First Class | $0.00 |
| | | | **Total** | **$0.00** |

**SIGNATURE SPIDERBANDS Nov 11 11:30 AM Brittany C** 3

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 3 | Amelia Degmetich | No Show | First Class | $0.00 |
| | | | **Total** | **$0.00** |

**SIGNATURE SPIDERBANDS Nov 11 12:30 PM Brittany C** 4

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 19 | Ana Bedoya | Enrolled | First Class | $0.00 |
| 1 | Elena Brown | Enrolled | First Class | $0.00 |
| 43 | Amanda Giobbi | Enrolled | First Class | $0.00 |
| 44 | Ariel Gitlin | Enrolled | First Class | $0.00 |
| 17 | Jenny horn | Enrolled | First Class | $0.00 |
| 6 | Hannah Kerin | No Show | Single Class | $34.00 |
| | | | **Grand Total** | **$2,805.66** |

Spiderbands Manager SPIDERKIX Nov 9 6:30 PM Brittany C

SALES REPORTS
Daily Register
Sales
Daily Transactions
Sales By Payment Type
Series Summary
Merchandise Summary
Items By Payment Type
Earned Series Revenue
Revenue Summary
Promotions Redeemed
Sales Export
Sales By Customer

SERIES REPORTS
Remaining Series Value
Inactive Series
Export All Open Series
Contracts
Series Expiration
Unpaid Bookings

**Site Content**

**Scheduling/Retail**

**Configuration**

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 28 | Carey Segal | Enrolled | First Class | $0.00 |
| | | | **Total** | **$34.00** |

**SPIDER JUMPSTRIKE Nov 14 6:30 PM Brittany C** 5

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 31 | Yinet Almonte Valencia | Enrolled | First Class | $0.00 |
| 30 | Yalenis Cepeda | Enrolled | First Class | $0.00 |
| 20 | Elissa Friedland | No Show | First Class | $0.00 |
| 18 | Rachel Lelchuk | Enrolled | First Class | $0.00 |
| 9 | Rachel Nugent | No Show | First Class | $0.00 |
| 8 | Ava Pollack | No Show | First Class | $0.00 |
| 33 | Kim Straus | Enrolled | First Class | $0.00 |
| 34 | Casey Tarnas | Enrolled | First Class | $0.00 |
| 32 | Morgan Warner | Enrolled | First Class | $0.00 |
| | | | **Total** | **$0.00** |

**SPIDER JUMPSTRIKE Nov 14 7:30 PM Brittany C** 6

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 6 | Jo Eubanks | Enrolled | First Class | $0.00 |
| 5 | Nicole Federico | Enrolled | First Class | $0.00 |
| 4 | Deanna Lloyd | Enrolled | First Class | $0.00 |
| | | | **Total** | **$0.00** |

**SIGNATURE SPIDERBANDS Nov 15 8:00 AM Brittany C** 7

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 28 | Glorianne Cody | Enrolled | First Class | $0.00 |
| 1 | David Fan | Enrolled | Single Class | $0.00 |
| 29 | Katy Lech | Enrolled | First Class | $0.00 |
| | | | **Total** | **$0.00** |

**SIGNATURE SPIDERBANDS Nov 15 1:00 PM Brittany C** 8

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 1 | Hannah Kerin | Enrolled | First Class | $0.00 |
| 2 | Marianna Smith | Enrolled | First Class | $0.00 |
| | | | **Total** | **$0.00** |

**SPIDER CIRCUIT Nov 17 8:00 AM Brittany C** 9

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 17 | Neil Paulvin | Enrolled | Single Class | $34.00 |
| 15 | Chloe Potsklan | No Show | First Class | $0.00 |
| | | | **Grand Total** | **$2,805.66** |

Spiderbands Mana... SPIDERKIX Nov 9 6:30 PM Brittany C

| Spot | Customer | Status | Series | | Revenue |
|---|---|---|---|---|---|
| | | | | Total | $34.00 |

SPIDERDOME Nov 18 10:30 AM Brittany C 10

| Spot | Customer | Status | Series | | Revenue |
|---|---|---|---|---|---|
| 9 | Sarah Paley | Enrolled | First Class | | $0.00 |
| 4 | Leigh Sevin | Enrolled | First Class | | $0.00 |
| | | | | Total | $0.00 |

SIGNATURE SPIDERBANDS Nov 18 11:30 AM Brittany C 11

| Spot | Customer | Status | Series | | Revenue |
|---|---|---|---|---|---|
| 19 | Presley Gomez | Enrolled | First Class | | $0.00 |
| 7 | julia lynch | Enrolled | First Class | | $0.00 |
| 18 | Juliana Nakagawa | Enrolled | First Class | | $0.00 |
| 17 | Nadia Vasen | Enrolled | First Class | | $0.00 |
| | | | | Total | $0.00 |

SIGNATURE SPIDERBANDS Nov 18 12:30 PM Brittany C 12

| Spot | Customer | Status | Series | | Revenue |
|---|---|---|---|---|---|
| 19 | Felicia McNair | Enrolled | First Class | | $0.00 |
| 7 | Sasha Stok | Enrolled | First Class | | $0.00 |
| | | | | Total | $0.00 |

SPIDER JUMPSTRIKE Nov 21 6:30 PM Brittany C 13

| Spot | Customer | Status | Series | | Revenue |
|---|---|---|---|---|---|
| 1 | Marly Hammer | Enrolled | Single Class | | $0.00 |
| | | | | Total | $0.00 |

SPIDER JUMPSTRIKE Nov 21 7:30 PM Brittany C 14

| Spot | Customer | Status | Series | | Revenue |
|---|---|---|---|---|---|
| 6 | Sharon Park | Enrolled | First Class | | $0.00 |
| | | | | Total | $0.00 |

SIGNATURE SPIDERBANDS Nov 22 8:00 AM Brittany C 15

| Spot | Customer | Status | Series | | Revenue |
|---|---|---|---|---|---|
| 29 | Jordan Daniel | Enrolled | First Class | | $0.00 |
| | | | | Total | $0.00 |

SPIDER CIRCUIT Nov 24 9:00 AM Brittany C 16

| Spot | Customer | Status | Series | | Revenue |
|---|---|---|---|---|---|
| 2 | Denise Harris | Enrolled | First Class | | $0.00 |
| | | | | Grand Total | $2,805.66 |

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 1 | Jayna Maleri | Enrolled | First Class | $0.00 |
| 42 | Beth Moses | Enrolled | First Class | $0.00 |
| 43 | Rebecca Moses | Enrolled | First Class | $0.00 |
| 5 | Nikki Robinson | Enrolled | Single Class | $34.00 |
| 6 | frimet weinberger | Enrolled | First Class | $0.00 |
| | | | Total | $34.00 |

**SPIDERDOME Nov 25 10:30 AM Brittany C** 17

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 32 | Eleah Burman | Enrolled | First Class | $0.00 |
| 31 | Jennifer Keane | Enrolled | First Class | $0.00 |
| 20 | Lucy Phillips | Enrolled | First Class | $0.00 |
| 19 | Nicole Zaytsev | Enrolled | 3 Pack | $25.00 |
| | | | Total | $25.00 |

**SIGNATURE SPIDERBANDS Nov 25 11:30 AM Brittany C** 18

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 33 | Max Hoffmann | Enrolled | First Class | $0.00 |
| 34 | Maya Levinson | Enrolled | First Class | $0.00 |
| | | | Total | $0.00 |

**SIGNATURE SPIDERBANDS Nov 25 12:30 PM Brittany C** 19

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 43 | Elizabeth Gomez | No Show | First Class | $0.00 |
| 6 | Ryan Makely | No Show | First Class | $0.00 |
| | | | Total | $0.00 |

**SPIDER JUMPSTRIKE Nov 28 6:30 PM Brittany C** 20

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 17 | sofia benares | Enrolled | First Class | $0.00 |
| 21 | Katy Brown | Enrolled | First Class | $0.00 |
| 5 | terrell pruitt | Enrolled | First Class | $0.00 |
| 3 | Nina Rodriguez | Enrolled | Single Class | $0.00 |
| 10 | Susannah Saunders | Enrolled | First Class | $0.00 |
| 20 | Alexia Willems | Enrolled | First Class | $0.00 |
| | | | Total | $0.00 |

**SIGNATURE SPIDERBANDS Nov 29 1:00 PM Brittany C** 21

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 4 | Kate Daly | Enrolled | First Class | $0.00 |
| | | | Grand Total | $2,805.66 |

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 19 | Georgiana Mitrus | Enrolled | 1 Week Promo | $0.00 |
| | | | **Total** | **$0.00** |

**SPIDERKIX Nov 30 6:30 PM Brittany C** 22

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 4 | Yinet Almonte Valencia | Enrolled | First Class | $0.00 |
| 5 | Yalenis Cepeda | Enrolled | Single Class | $0.00 |
| 6 | Yalenis Cepeda | No Show | Single Class | $0.00 |
| 8 | Belinda Cheng | No Show | First Class | $0.00 |
| 21 | Danielle Flower | Enrolled | First Class | $0.00 |
| 11 | Divina Gonzalez | Enrolled | First Class | $0.00 |
| 9 | Bryant Hua | Enrolled | First Class | $0.00 |
| 18 | Rachel Lelchuk | Enrolled | Single Class | $0.00 |
| 17 | Yael Lelcuck | Enrolled | First Class | $0.00 |
| 7 | Connie Li | Enrolled | First Class | $0.00 |
| 1 | Alex Link | Enrolled | First Class | $0.00 |
| 2 | Kristen Noy | Enrolled | First Class | $0.00 |
| 3 | Erika Noy | Enrolled | First Class | $0.00 |
| 12 | Camille Perez | Enrolled | First Class | $0.00 |
| 19 | Rachel Ruzzo | Enrolled | First Class | $0.00 |
| 13 | Cassey Stypowany | Enrolled | First Class | $0.00 |
| 10 | Claire Wan | Enrolled | First Class | $0.00 |
| | | | **Total** | **$0.00** |

**SPIDERKIX Nov 30 7:30 PM Brittany C** 23

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 12 | Dana Kim | Enrolled | First Class | $0.00 |
| 1 | Martin Marquez | Enrolled | First Class | $0.00 |
| | | | **Total** | **$0.00** |

**SPIDER CIRCUIT Dec 1 7:00 AM Brittany C** 24

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 5 | Nicole Survis | No Show | First Class | $0.00 |
| | | | **Total** | **$0.00** |

**SPIDER CIRCUIT Dec 1 8:00 AM Brittany C** 25

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 6 | Rochelle Fox | Enrolled | Single Class | $34.00 |
| 19 | Leona Jones | Enrolled | First Class | $0.00 |
| | | | **Grand Total** | **$2,805.66** |

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 4 | Laura Klein | No Show | First Class | $0.00 |
| | | | Total | $34.00 |

**SPIDERDOME Dec 2 10:30 AM Brittany C** 26

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 19 | Michele Bolona | Enrolled | Single Class | $0.00 |
| 2 | Valery Charles | Enrolled | First Class | $0.00 |
| 17 | Annie Herman | Enrolled | First Class | $0.00 |
| 5 | Ariel Miller | Enrolled | First Class | $0.00 |
| 1 | hollis tuttle | Enrolled | First Class | $0.00 |
| | | | Total | $0.00 |

**SIGNATURE SPIDERBANDS Dec 2 11:30 AM Brittany C** 27

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 15 | Jenna Glick | Enrolled | First Class | $0.00 |
| 18 | Ellyn Mahoney | Enrolled | First Class | $0.00 |
| 17 | Danielle Nackash | Enrolled | First Class | $0.00 |
| 1 | Robyn Squires | Enrolled | First Class | $0.00 |
| 16 | Jaclyn Todisco | Enrolled | First Class | $0.00 |
| | | | Total | $0.00 |

**SIGNATURE SPIDERBANDS Dec 2 12:30 PM Brittany C** 28

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 12 | Joanna Bellavia | Enrolled | First Class | $20.00 |
| 19 | Georgiana Mitrus | Enrolled | 1 Week Promo | $0.00 |
| 24 | Mohammed Turki | Enrolled | First Class | $0.00 |
| | | | Total | $20.00 |

**SPIDER JUMPSTRIKE Dec 5 6:30 PM Brittany C** 29

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 6 | camilla froft | Enrolled | Single Class | $0.00 |
| 7 | Kimberly Grauer | Enrolled | Single Class | $0.00 |
| 5 | Samantha Stutman | Enrolled | Single Class | $0.00 |
| | | | Total | $0.00 |

**SIGNATURE SPIDERBANDS Dec 6 1:00 PM Brittany C** 30

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 19 | Georgiana Mitrus | Enrolled | 3 Pack | $25.00 |
| | | | Total | $25.00 |

| | | | Grand Total | $2,805.66 |
|---|---|---|---|---|

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|

**SPIDERKIX Dec 7 6:30 PM Brittany C** 31

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 6 | Dianilda Guerra | No Show | Single Class | $0.00 |
| 5 | Carmella Shillito | Enrolled | Single Class | $0.00 |
| 4 | Frances Smith | Enrolled | First Class | $0.00 |
| | | | Total | $0.00 |

**SPIDER CIRCUIT Dec 8 8:00 AM Brittany C** 32

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 7 | Lauren Bochicchio | Enrolled | Single Class | $0.00 |
| 18 | Alvina Heid | Enrolled | First Class | $20.00 |
| 8 | Christina Pena | Enrolled | Single Class | $0.00 |
| | | | Total | $20.00 |

**SPIDERDOME Dec 9 10:30 AM Brittany C** 33

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 3 | Christine Ferris | Enrolled | First Class | $20.00 |
| | | | Total | $20.00 |

**SIGNATURE SPIDERBANDS Dec 9 11:30 AM Brittany C** 34

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 3 | Irene Agyilirah | Enrolled | Single Class | $34.00 |
| 21 | Gabrielle Cristofaro | Enrolled | First Class | $0.00 |
| 17 | Kristina Estrella | Enrolled | First Class | $20.00 |
| 20 | Samantha Grossman | Enrolled | First Class | $0.00 |
| 4 | Laura Hajek | Enrolled | Single Class | $34.00 |
| 18 | Khrystal Robinson | Enrolled | 3 Pack | $25.00 |
| | | | Total | $113.00 |

**SIGNATURE SPIDERBANDS Dec 9 12:30 PM Brittany C** 35

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 5 | Lorne Batman | No Show | Single Class | $0.00 |
| 1 | Andres Caicedo | Enrolled | First Class | $0.00 |
| 4 | T.Y. Fok | Enrolled | First Class | $0.00 |
| 6 | Georgiana Mitrus | Enrolled | 5 Pack | $33.00 |
| | | | Total | $33.00 |

**SPIDER JUMPSTRIKE Dec 12 6:30 PM Brittany C** 36

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| | | | Grand Total | $2,805.66 |

**SPIDERKIX Nov 9 6:30 PM Brittany C**

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 4 | Mary Cardeni | Enrolled | First Class | $0.00 |
| 2 | Sally Forman | Enrolled | Single Class | $0.00 |
| 3 | Carly Moore | Enrolled | Single Class | $0.00 |
| 5 | Carmella Shillito | Enrolled | Single Class | $0.00 |
| | | | **Total** | **$0.00** |

**SPIDER JUMPSTRIKE Dec 12 7:30 PM Brittany C** [handwritten: 37]

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 9 | Liz Choi | Enrolled | 1 Week Promo | $0.00 |
| 10 | Diana Kim | Enrolled | 1 Week Promo | $0.00 |
| | | | **Total** | **$0.00** |

**SIGNATURE SPIDERBANDS Dec 13 7:00 AM Brittany C** [handwritten: 38]

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 16 | Sarah Mahoney | Enrolled | First Class | $0.00 |
| 9 | Nelam Patel | Enrolled | First Class | $20.00 |
| | | | **Total** | **$20.00** |

**SIGNATURE SPIDERBANDS Dec 13 8:00 AM Brittany C** [handwritten: 39]

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 5 | Joanna Bellavia | Enrolled | 3 Pack | $25.00 |
| 7 | Toni Nicole Catelli | Enrolled | 3 Pack | $25.00 |
| 8 | Katy Higgins | Enrolled | Single Class | $34.00 |
| 4 | Julia Reinstein | Enrolled | First Class | $20.00 |
| 6 | Julianne Simson | Enrolled | Single Class | $0.00 |
| | | | **Total** | **$104.00** |

**SPIDERKIX Dec 14 6:30 PM Brittany C** [handwritten: 40]

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 22 | Liz Choi | Enrolled | 1 Week Promo | $0.00 |
| 21 | Diana Kim | Enrolled | 1 Week Promo | $0.00 |
| 17 | Justine Levesanos | Enrolled | First Class | $20.00 |
| 12 | Jasmine Nunez | Enrolled | 1 Week Promo | $0.00 |
| 18 | Rachel Prescott | Enrolled | First Class | $20.00 |
| 1 | Frances Smith | Enrolled | 3 Pack | $25.00 |
| 16 | Maxine Squires | Enrolled | First Class | $20.00 |
| | | | **Total** | **$85.00** |

**SPIDER CIRCUIT Dec 15 7:00 AM Brittany C** [handwritten: 41]

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| | | | **Grand Total** | **$2,805.66** |

SPIDERKIX Nov 9 6:30 PM Brittany C

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 17 | Laura Pelstring | Enrolled | First Class | $0.00 |
| | | | Total | $0.00 |

SPIDER CIRCUIT Dec 15 8:00 AM Brittany C 42

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 19 | Ariana Sanudo-Kretzmann | No Show | First Class | $20.00 |
| | | | Total | $20.00 |

SPIDERDOME Dec 16 10:30 AM Brittany C 43

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 19 | Adrianne Dues | No Show | First Class | $20.00 |
| 20 | Alex Hirsch | No Show | First Class | $0.00 |
| 2 | Jaechelle Johnson | Enrolled | First Class | $0.00 |
| 18 | Carly Kriegsman | Enrolled | First Class | $0.00 |
| 17 | Kellie Shoten | Enrolled | First Class | $0.00 |
| 3 | Frances Smith | Enrolled | 3 Pack | $25.00 |
| 4 | STAFF STAFF | Enrolled | 30 Pack | $0.00 |
| | | | Total | $45.00 |

SIGNATURE SPIDERBANDS Dec 16 11:30 AM Brittany C 44

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 9 | Jessica Hodin | Enrolled | First Class | $20.00 |
| 8 | Nicola Korzenko | Enrolled | First Class | $20.00 |
| 19 | Maya Levinson | Enrolled | Single Class | $0.00 |
| 4 | Erica Schecter | Enrolled | First Class | $0.00 |
| 3 | jacob Strauss | Enrolled | First Class | $20.00 |
| | | | Total | $60.00 |

SIGNATURE SPIDERBANDS Dec 16 12:30 PM Brittany C 45

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 8 | Kortni Koutrakos | Enrolled | First Class | $20.00 |
| 6 | Sophie Prown | Enrolled | First Class | $0.00 |
| 7 | Addie Saloman | Enrolled | First Class | $0.00 |
| 19 | Shirley Shangguan | No Show | First Class | $0.00 |
| 5 | Brian Sztukowski | Enrolled | 1 Week Promo | $0.00 |
| | | | Total | $20.00 |

SPIDER JUMPSTRIKE Dec 19 6:30 PM Brittany C 46

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 7 | Valerie Chan | Enrolled | First Class | $0.00 |
| | | | Grand Total | $2,805.66 |

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 6 | Sara Ching | Enrolled | Single Class | $0.00 |
| 4 | Carmella Shillito | Enrolled | Single Class | $0.00 |
| | | | Total | $0.00 |

**SIGNATURE SPIDERBANDS Jan 3 7:00 AM Brittany C** 47

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 6 | Morgan Grimes | Enrolled | First Class | $20.00 |
| 5 | SANDRA SCIBELLI | Enrolled | First Class | $20.00 |
| 8 | Tara Shanahan | Enrolled | First Class | $20.00 |
| | | | Total | $60.00 |

**SPIDER CIRCUIT Jan 5 8:00 AM Brittany C** 48

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 16 | Heidi Diamond | Enrolled | First Class | $0.00 |
| 17 | Manuela Totah | Enrolled | First Class | $0.00 |
| | | | Total | $0.00 |

**SPIDERDOME Jan 6 10:30 AM Brittany C** 49

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 7 | julia lynch | Enrolled | Single Class | $0.00 |
| | | | Total | $0.00 |

**SIGNATURE SPIDERBANDS Jan 6 11:30 AM Brittany C** 50

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 21 | Heather Bryant | Enrolled | First Class | $20.00 |
| 22 | Laura Bryant | Enrolled | First Class | $20.00 |
| 8 | Ashley Gam | Enrolled | First Class | $20.00 |
| 12 | Christopher Hajjar | Enrolled | First Class | $20.00 |
| 10 | jordyn kronick | Enrolled | First Class | $20.00 |
| 11 | rachel kronick | Enrolled | First Class | $20.00 |
| 2 | Allie Lewandowski | Enrolled | First Class | $20.00 |
| 20 | Beth Moses | Enrolled | 3 Pack | $25.00 |
| 23 | molly oshea | Enrolled | First Class | $20.00 |
| 7 | Spencer Pollack | Enrolled | First Class | $20.00 |
| 1 | Brittany Williford | Enrolled | First Class | $20.00 |
| | | | Total | $225.00 |

**SPIDER JUMPSTRIKE Jan 9 6:30 PM Brittany C** 51

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 6 | Michael Landerer | Enrolled | First Class | $20.00 |
| | | | Grand Total | $2,805.66 |

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 4 | STAFF STAFF | Enrolled | 30 Pack | $0.00 |
| | | | Total | $20.00 |

**SPIDER JUMPSTRIKE Jan 9 7:30 PM Brittany C** 52

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 14 | Michael Huang | Enrolled | Single Class | $0.00 |
| 16 | Aaron Meltzer | Enrolled | First Class | $20.00 |
| 17 | Jacklyn Meltzer | Enrolled | Single Class | $34.00 |
| 18 | Danielle Smotrich | Enrolled | Single Class | $34.00 |
| | | | Total | $88.00 |

**SIGNATURE SPIDERBANDS Jan 10 7:00 AM Brittany C** 53

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 17 | Mariel Isgard | Enrolled | Single Class | $0.00 |
| 6 | Casey Miller | Enrolled | Single Class | $0.00 |
| 5 | Cory Zablow | No Show | Single Class | $0.00 |
| | | | Total | $0.00 |

**SIGNATURE SPIDERBANDS Jan 10 8:00 AM Brittany C** 54

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 1 | Chip Perro | Enrolled | 1 Week Promo | $0.00 |
| 5 | McLean Peterson | Enrolled | 1 Week Promo | $0.00 |
| | | | Total | $0.00 |

**SPIDERKIX Jan 11 6:30 PM Brittany C** 55

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 20 | Francesca Barker | Enrolled | First Class | $20.00 |
| 19 | Rachel Epstein | Enrolled | First Class | $20.00 |
| | | | Total | $40.00 |

**SPIDERKIX Jan 11 7:30 PM Brittany C** 56

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 15 | Diane Heras | Enrolled | Buy One Get One | $20.00 |
| 18 | Ashley Kronemeyer | Enrolled | Single Class | $0.00 |
| 14 | Michael Mora | Enrolled | Buy One Get One | $20.00 |
| 13 | Nelson Velasquez | Enrolled | Buy One Get One | $20.00 |
| 12 | frimet weinberger | Enrolled | Buy One Get One | $34.00 |
| | | | Total | $94.00 |

**SPIDER CIRCUIT Jan 12 8:00 AM Brittany C** 57

| | |
|---|---|
| Grand Total | $2,805.66 |

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| Spot | Customer | Status | Series | Revenue |
| 9 | Jenn Cheng | Enrolled | Single Class | $0.00 |
| 7 | rebecca eisenberg | Enrolled | Single Class | $0.00 |
| 8 | Amanda Maldonado | Enrolled | Single Class | $0.00 |
| | | | **Total** | **$0.00** |

**SIGNATURE SPIDERBANDS Jan 13 11:30 AM Brittany C** 58

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 6 | Christine McGuire | Enrolled | First Class | $0.00 |
| 17 | Allison Restrepo | Enrolled | First Class | $20.00 |
| 5 | Lily Sherman | Enrolled | 1 Week Promo | $0.00 |
| 1 | Susan Smart | Enrolled | Single Class | $0.00 |
| | | | **Total** | **$20.00** |

**SIGNATURE SPIDERBANDS Jan 13 12:30 PM Brittany C** 59

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 16 | Alex Delgado | Enrolled | Single Class | $0.00 |
| 15 | Jacqueline Perez | Enrolled | Buy One Get One | $20.00 |
| | | | **Total** | **$20.00** |

**SIGNATURE SPIDERBANDS Jan 13 1:30 PM Brittany C** 60

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 6 | Patricia Whitcas | Enrolled | Single Class | $0.00 |
| | | | **Total** | **$0.00** |

**SPIDER JUMPSTRIKE Jan 16 6:30 PM Brittany C** 61

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 8 | Lily Sherman | No Show | 1 Week Promo | $0.00 |
| 6 | STAFF STAFF | Enrolled | 30 Pack | $0.00 |
| 9 | Michelle Tay | Enrolled | Buy One Get One | $20.00 |
| 19 | Danielle Weis | Enrolled | Buy One Get One | $20.00 |
| | | | **Total** | **$40.00** |

**SPIDER JUMPSTRIKE Jan 16 7:30 PM Brittany C** 62

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 3 | Jane Herzeca | Enrolled | Single Class | $0.00 |
| 18 | Ashley Kronemeyer | Enrolled | Buy One Get One | $20.00 |
| | | | **Total** | **$20.00** |

**SIGNATURE SPIDERBANDS Jan 17 8:00 AM Brittany C** 63

| | | | | |
|---|---|---|---|---|
| | | | **Grand Total** | **$2,805.66** |

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| Spot | Customer | Status | Series | Revenue |
| 5 | Claudia Lebenthal | Enrolled | Single Class | $0.00 |
| 4 | Alysia Reiner | Enrolled | Single Class | $0.00 |
| | | | Total | $0.00 |

**SPIDERKIX Jan 18 6:30 PM Brittany C** 64

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 4 | Fernanda Ballesteros | Enrolled | Buy One Get One | $0.00 |
| 3 | Lorenza Fabre | Enrolled | Buy One Get One | $20.00 |
| | | | Total | $20.00 |

**SPIDERKIX Jan 18 7:30 PM Brittany C** 65

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 6 | Echo Blum | Enrolled | Single Class | $0.00 |
| | | | Total | $0.00 |

**SIGNATURE SPIDERBANDS Jan 20 11:30 AM Brittany C** 66

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 15 | Stephanie Betancourt | Enrolled | Buy One Get One | $34.00 |
| 16 | Susie Blum | Enrolled | Single Class | $0.00 |
| 20 | Caitlin Bonner | Enrolled | Buy One Get One | $20.00 |
| 4 | Kyley DaVirro | Enrolled | Single Class | $0.00 |
| 8 | Madeleine Hoffman | Enrolled | Buy One Get One | $20.00 |
| 3 | Taylor Mabanag | Enrolled | Single Class | $0.00 |
| 1 | George Nonas | Enrolled | Single Class | $0.00 |
| 6 | Angie Opanukij | Enrolled | Single Class | $0.00 |
| 13 | jennifer plishtaev | Enrolled | Single Class | $0.00 |
| 18 | Dolores Ramirez | Enrolled | Buy One Get One | $20.00 |
| 9 | Samara Schlossman | Enrolled | Buy One Get One | $20.00 |
| 2 | Daniel Teoh | Enrolled | First Class | $0.00 |
| 5 | Minmin Wong | Enrolled | Single Class | $0.00 |
| 14 | Leidy Zapata | Enrolled | Single Class | $0.00 |
| 17 | Sahar Zodeh | Enrolled | First Class | $0.00 |
| | | | Total | $114.00 |

**SIGNATURE SPIDERBANDS Jan 20 12:30 PM Brittany C** 67

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 19 | Allison Restrepo | Enrolled | Single Class | $0.00 |
| | | | Total | $0.00 |
| | | | Grand Total | $2,805.66 |

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|

**SPIDER JUMPSTRIKE Jan 21 9:30 AM Brittany C** 68

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 6 | Christian Daly | Enrolled | Single Class | $0.00 |
| 20 | Ashley Gam | Enrolled | 3 Pack | $25.00 |
| 21 | Ashley Gam | Enrolled | 3 Pack | $25.00 |
| 5 | Barbara Greenspan | Enrolled | Single Class | $34.00 |
| 19 | Sara Sollors | Enrolled | Buy One Get One | $20.00 |
| 4 | Nicole Zaytsev | Enrolled | 30 Pack | $28.33 |
| | | | **Total** | **$132.33** |

**SPIDERKIX Jan 21 11:30 AM Brittany C** 69

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 6 | Susie Blum | Enrolled | Buy One Get One | $34.00 |
| 19 | Khrystal Robinson | Enrolled | Buy One Get One | $34.00 |
| | | | **Total** | **$68.00** |

**SPIDER JUMPSTRIKE Jan 23 6:30 PM Brittany C** 70

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 16 | Heilly Corcoran | Enrolled | Single Class | $0.00 |
| 7 | Samantha Dines | Enrolled | Single Class | $0.00 |
| 18 | Jamie Giglio | Enrolled | Buy One Get One | $0.00 |
| 14 | Jessica Harris | Enrolled | Single Class | $0.00 |
| 6 | Marielin Hernandez | Enrolled | First Class | $0.00 |
| 15 | Amanda Hoo | Enrolled | Single Class | $0.00 |
| 17 | Stephanie Lee | Enrolled | Buy One Get One | $20.00 |
| 1 | Gina Lopez | Enrolled | Buy One Get One | $20.00 |
| 5 | Cecilia Park | Enrolled | Single Class | $0.00 |
| 8 | Troiniqua Shaw | Enrolled | Single Class | $0.00 |
| 9 | Kathryn Sitarz | Enrolled | First Class | $0.00 |
| 2 | sara vallejo | Enrolled | Single Class | $0.00 |
| 4 | Christina Vasquez | Enrolled | Single Class | $0.00 |
| | | | **Total** | **$40.00** |

**SIGNATURE SPIDERBANDS Jan 24 7:00 AM Brittany C** 71

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 15 | Joy Collingbourne | Enrolled | 10 Pack | $32.00 |
| 20 | Mollie Eisler | Enrolled | Single Class | $0.00 |
| | | | **Total** | **$32.00** |

| | | | **Grand Total** | **$2,805.66** |
|---|---|---|---|---|

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|

**SIGNATURE SPIDERBANDS Jan 24 8:00 AM Brittany C** 72

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 7 | Sara Hoenes | Enrolled | Single Class | $0.00 |
| | | | Total | $0.00 |

**SPIDERKIX Jan 25 6:30 PM Brittany C** 73

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 18 | Denise Ge | Enrolled | Single Class | $34.00 |
| 17 | STAFF STAFF | Enrolled | 30 Pack | $0.00 |
| | | | Total | $34.00 |

**SPIDERKIX Jan 25 7:30 PM Brittany C** 74

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 15 | Alexandra Crouse | Enrolled | Buy One Get One | $20.00 |
| 16 | Alexandra Leinroth | Enrolled | Single Class | $0.00 |
| 14 | Kelly Mahoney | Enrolled | Buy One Get One | $20.00 |
| | | | Total | $40.00 |

**SPIDER CIRCUIT Jan 26 8:00 AM Brittany C** 75

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 13 | Nicole Hedley | Enrolled | Single Class | $0.00 |
| 15 | Hannah Hoar | Enrolled | Buy One Get One | $20.00 |
| 14 | Ginny Jacobs | Enrolled | Buy One Get One | $20.00 |
| | | | Total | $40.00 |

**SIGNATURE SPIDERBANDS Jan 27 11:30 AM Brittany C** 76

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 30 | Justine Benisch | Enrolled | Single Class | $0.00 |
| 18 | Ruchika Chani | Enrolled | 3 Pack | $25.00 |
| 27 | Ellen Gustafson | Enrolled | Single Class | $0.00 |
| 5 | Lori LaMattina | Enrolled | Single Class | $0.00 |
| 28 | Eileen McDonough | Enrolled | Single Class | $0.00 |
| 1 | Kathryn Odom | Enrolled | Single Class | $0.00 |
| 7 | Nicole Zaytsev | Enrolled | 30 Pack | $28.33 |
| | | | Total | $53.33 |

**SIGNATURE SPIDERBANDS Jan 27 12:30 PM Brittany C** 77

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 4 | Amanda Addison | Enrolled | Buy One Get One | $20.00 |
| | | | Grand Total | $2,805.66 |

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 6 | Michele Bolona | Enrolled | 3 Pack | $0.00 |
| 7 | Kelly Chu | Enrolled | First Class | $0.00 |
| 5 | Christine George | Enrolled | Buy One Get One | $20.00 |
| 18 | Jane Herzeca | Enrolled | Buy One Get One | $20.00 |
| 8 | Merill Hollander | Enrolled | Single Class | $0.00 |
| 44 | Maggie Johnson | Enrolled | Single Class | $0.00 |
| 22 | Anne Skylis | Enrolled | Single Class | $0.00 |
| | | | **Total** | **$60.00** |

**SIGNATURE SPIDERBANDS Jan 27 1:30 PM Brittany C** 78

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 17 | Vanessa Leon | No Show | Buy One Get One | $20.00 |
| | | | **Total** | **$20.00** |

Amanda Booker Scheduler Printable Schedule Admin Help Logout

**SPIDER JUMPSTRIKE Jan 30 5:30 PM Brittany C** 79

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 16 | Kristen Cavalieri | Enrolled | Buy One Get One | $20.00 |
| 18 | Samantha Dines | Enrolled | Single Class | $0.00 |
| 17 | Danielle Murphy | Enrolled | Buy One Get One | $20.00 |
| 19 | Shirley Weil | Enrolled | Single Class | $34.00 |
| | | | **Total** | **$74.00** |

**SPIDER JUMPSTRIKE Jan 30 6:30 PM Brittany C** 80

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 21 | Silvana Barone | Enrolled | Single Class | $0.00 |
| 1 | Naomi Chun | Enrolled | Buy One Get One | $20.00 |
| 2 | Naomi Chun | Enrolled | Single Class | $0.00 |
| 3 | Naomi Chun | Enrolled | Single Class | $0.00 |
| 4 | Naomi Chun | Enrolled | Buy One Get One | $20.00 |
| 5 | Naomi Chun | Enrolled | Buy One Get One | $20.00 |
| 6 | Naomi Chun | Enrolled | Buy One Get One | $20.00 |
| 7 | Naomi Chun | No Show | Single Class | $0.00 |
| 8 | Naomi Chun | No Show | Single Class | $0.00 |
| 13 | Naomi Chun | Enrolled | Buy One Get One | $20.00 |
| 14 | Naomi Chun | Enrolled | Buy One Get One | $20.00 |
| 15 | Naomi Chun | Enrolled | Buy One Get One | $20.00 |
| 16 | Naomi Chun | Enrolled | Buy One Get One | $20.00 |
| 17 | Naomi Chun | Enrolled | Single Class | $0.00 |
| 18 | Naomi Chun | Enrolled | Single Class | $0.00 |
| | | | **Grand Total** | **$2,805.66** |

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 19 | Naomi Chun | No Show | Single Class | $0.00 |
| 23 | Marielin Hernandez | Enrolled | Single Class | $0.00 |
| 25 | Jennifer Lui | Enrolled | Buy One Get One | $20.00 |
| 24 | Audrey Maysek | Enrolled | Single Class | $0.00 |
| 12 | Nicole Pravda | Enrolled | Single Class | $0.00 |
| 20 | Alexandra Silano | Enrolled | Single Class | $0.00 |
| 22 | Leif Stark | Enrolled | Single Class | $0.00 |
| 9 | Jennifer Terry | Enrolled | 3 Pack | $25.00 |
| 10 | Jennifer Terry | Enrolled | 3 Pack | $25.00 |
| 25 | Heath Terry | Enrolled | Buy One Get One | $20.00 |
| | | | **Total** | **$250.00** |

**SIGNATURE SPIDERBANDS Jan 31 7:00 AM Brittany C** 81

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 22 | Allison Wedeward | Enrolled | Buy One Get One | $20.00 |
| | | | **Total** | **$20.00** |

**SPIDERKIX Feb 1 6:30 PM Brittany C** 82

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 14 | Alex Bair | Enrolled | Buy One Get One | $20.00 |
| 5 | Fernanda Ballesteros | Enrolled | Buy One Get One | $0.00 |
| 6 | Fernanda Ballesteros | Enrolled | Buy One Get One | $0.00 |
| 3 | Rebecca Brown | Enrolled | Single Class | $0.00 |
| 15 | Alexandra Crouse | Enrolled | Single Class | $0.00 |
| 2 | emily kish | Enrolled | Single Class | $0.00 |
| 13 | Jennifer Lee | Enrolled | Single Class | $0.00 |
| 1 | Jamie Rothstein | Enrolled | First Class | $0.00 |
| 4 | Laura Villaraut | Enrolled | Single Class | $0.00 |
| 7 | Katie Winther | Enrolled | Single Class | $0.00 |
| | | | **Total** | **$20.00** |

**SPIDER CIRCUIT Feb 2 8:00 AM Brittany C** 83

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 4 | Brenda Lewis | Enrolled | Buy One Get One | $20.00 |
| 5 | Orly Mallin | Enrolled | Single Class | $0.00 |
| 6 | Shannon Wahba | Enrolled | 5 Pack | $33.00 |
| | | | **Total** | **$53.00** |

**SIGNATURE SPIDERBANDS Feb 3 11:30 AM Brittany C** 84

| | |
|---|---|
| **Grand Total** | **$2,805.66** |

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| Spot | Customer | Status | Series | Revenue |
| 16 | Samantha Datz | Enrolled | Buy One Get One | $20.00 |
| 4 | Samantha Dines | Enrolled | Single Class | $0.00 |
| 5 | Simon Ducher | Enrolled | Single Class | $0.00 |
| 20 | Carly Goeman | Enrolled | Single Class | $0.00 |
| 15 | Anna Lee | Enrolled | Buy One Get One | $34.00 |
| 8 | Sabrina Liang | Enrolled | Single Class | $0.00 |
| 21 | Elena Roeva | Enrolled | Single Class | $0.00 |
| 3 | Eva Stokas | Enrolled | Buy One Get One | $20.00 |
| 22 | Andrea Thompson | Enrolled | Single Class | $0.00 |
| | | | Total | $74.00 |

**SIGNATURE SPIDERBANDS Feb 3 12:30 PM Brittany C** 85

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 18 | Susie Blum | Enrolled | Single Class | $34.00 |
| 5 | Christian Daly | Enrolled | Buy One Get One | $20.00 |
| 21 | Jacklyn Meltzer | Enrolled | Single Class | $0.00 |
| 22 | Sigal Rosenzweig | Enrolled | Single Class | $0.00 |
| 7 | Sara Sollors | Enrolled | Single Class | $0.00 |
| | | | Total | $54.00 |

**SIGNATURE SPIDERBANDS Feb 3 1:30 PM Brittany C** 86

86

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 5 | Rachel Babij | Enrolled | Single Class | $0.00 |
| 7 | Lexie D'Adamo | Enrolled | Buy One Get One | $20.00 |
| 4 | Tiffani Davis | Enrolled | First Class | $0.00 |
| 3 | Kaylyn Dixon | Enrolled | Buy One Get One | $20.00 |
| 1 | Amanda Lucci | Enrolled | Single Class | $0.00 |
| 2 | Amanda Lucci | Enrolled | Buy One Get One | $20.00 |
| 6 | Liz Upton | Enrolled | Single Class | $0.00 |
| | | | Total | $60.00 |

Brittany did not teach the following: They were subbed out

**SPIDER JUMPSTRIKE Feb 6 5:30 PM Brittany C**

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 3 | Alan Elliff | Enrolled | Single Class | $0.00 |
| 22 | Anna Lee | Enrolled | Single Class | $0.00 |
| 7 | Sarah Saez | Enrolled | Single Class | $0.00 |
| 5 | Hayley Schall | Enrolled | Single Class | $0.00 |
| 4 | Megan Scherer | Enrolled | Single Class | $0.00 |
| | | | Grand Total | $2,805.66 |

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| | | | Total | $0.00 |

SPIDER JUMPSTRIKE Feb 6 6:30 PM Brittany C

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 22 | Winny Chen | Enrolled | Buy One Get One | $20.00 |
| 19 | Christina Giordano | Enrolled | Buy One Get One | $20.00 |
| 6 | Ashley Merrill | Enrolled | Buy One Get One | $20.00 |
| | | | Total | $60.00 |

SIGNATURE SPIDERBANDS Feb 7 7:00 AM Brittany C

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 4 | Julia Bodner | Enrolled | Single Class | $0.00 |
| 2 | Kelly Engel | Enrolled | Single Class | $0.00 |
| 6 | JAYNE HANLEY | Enrolled | Single Class | $0.00 |
| 3 | Sydney Kobil | Enrolled | Single Class | $0.00 |
| 7 | Ashley McQueen | Enrolled | Single Class | $0.00 |
| 5 | Kirsti Yess | Enrolled | Single Class | $0.00 |
| | | | Total | $0.00 |

SIGNATURE SPIDERBANDS Feb 7 8:00 AM Brittany C

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 4 | Sarah Saez | No Show | Single Class | $0.00 |
| | | | Total | $0.00 |

SPIDERKIX Feb 8 5:30 PM Brittany C

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 1 | Cynthia Bethea | Enrolled | Single Class | $0.00 |
| 4 | Heather Fox | Enrolled | Single Class | $0.00 |
| 3 | Melissa Newman | Enrolled | Single Class | $0.00 |
| 5 | Casey Reede | Enrolled | Single Class | $0.00 |
| 2 | STAFF STAFF | Enrolled | 30 Pack | $0.00 |
| | | | Total | $0.00 |

SPIDER CIRCUIT Feb 9 7:00 AM Brittany C

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 24 | Tara Adhatamsoontra | No Show | Buy One Get One | $20.00 |
| 9 | Jeffrey Amoscato | Enrolled | Single Class | $0.00 |
| 6 | Alex Derbyshire | Enrolled | Single Class | $0.00 |
| 1 | Tonya Edmonds | Enrolled | Single Class | $0.00 |
| 7 | Alan Elliff | Enrolled | Single Class | $0.00 |
| | | | Grand Total | $2,805.66 |

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 2 | Casey Reede | Enrolled | Single Class | $0.00 |
| 23 | allison safir | Enrolled | Buy One Get One | $20.00 |
| 8 | Megan Scherer | Enrolled | Single Class | $0.00 |
| 13 | Meri Treitiler | Enrolled | Buy One Get One | $34.00 |
| 5 | Kirsti Yess | Enrolled | Single Class | $0.00 |
| | | | **Total** | **$74.00** |

**SPIDER CIRCUIT Feb 9 8:00 AM Brittany C**

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 5 | Laura Murphy | Enrolled | Buy One Get One | $20.00 |
| 6 | Madeleine Regan | Enrolled | Single Class | $0.00 |
| | | | **Total** | **$20.00** |

**SIGNATURE SPIDERBANDS Feb 10 12:30 PM Brittany C**

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 6 | Amaryllis Seabrooks | Enrolled | Single Class | $0.00 |
| | | | **Total** | **$0.00** |

**SIGNATURE SPIDERBANDS Feb 10 1:30 PM Brittany C**

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 20 | Lauren Wolman | Enrolled | Buy One Get One | $20.00 |
| | | | **Total** | **$20.00** |

**SPIDER CIRCUIT Feb 16 8:00 AM Brittany C**

| Spot | Customer | Status | Series | Revenue |
|---|---|---|---|---|
| 6 | Amaryllis Seabrooks | Enrolled | Single Class | $0.00 |
| | | | **Total** | **$0.00** |
| | | | **Grand Total** | **$2,805.66** |

©2018 ZingFit