Begin forwarded message:

**From:** Brittany C <brittanyc@spiderbands.com>
**Date:** February 4, 2018 at 12:40:16 PM EST
**To:** Amanda Sauer <amanda@spiderbands.com>
**Cc:** Franci Cohen <franci@spiderbands.com>, Brittany Clybourn <brittanyclybourn@gmail.com>, John Fazzio <john@spiderbands.com>
**Subject: Re: Meeting Complaint 2/2/2018**

Hi Amanda,

There's no further need to communicate with you on this subject, due to the fact that you are not the CEO and do not make all final decisions. Any information I need to give regarding me and my current situation does not need a third party, I greatly appreciate your quick response. No further communication is needed between you and I on this topic.

I have all documents needed to protect myself in reference to me, as a whole, not solely regarding this one incident. There is no manual stipulating "class structure", I have not one single pay stub in my possession, and my first few bank statements show what I should be paid based upon my contract. Since I have not received my proper pay or pay stubs, again I have bank statements to prove this fact. Again, my pay rate has been verbally stated to my Co Worker, as well as my fellow co workers pay rate has been verbally stated to me by my CEO/ Founder, Franci Cohen. This is against the law and makes me feel very uncomfortable. There is no system of "check-in" to hold instructors accountable for hours, days, times. I have shown up for my classes hours in advance, I am contacted last minute about meetings and my set days off have been infringed upon, without prior discussion to confirm. This has caused me to have to call out from other work and job opportunities needed to supplement pay, that my primary job (Spiderbands) has not paid me as expected per my contract.

Any and all other communications regarding this situation should be carried out between Franci Cohen and I. The CFO, John Fazzio, and I have never met and I do not feel comfortable speaking with him about my personal issues regarding this matter.

Thank you,
Brittany Clybourn

On Feb 4, 2018, at 11:32 AM, Amanda Sauer <amanda@spiderbands.com> wrote:

> Hi Brittany,
>
> Your claims in your email are completely unfounded, and simply untrue in their entirety. We have ample witnesses to attest to all. Our CEO, Franci Cohen has actually gone out of her way repeatedly to extend you many courtesies, and has overlooked acts that have harmed Spiderbands. We have continuously given you the benefit of the doubt, and tried to look the other way, at our own expense, but cannot continue to do so, as we have a fiduciary duty to our company to maintain its integrity and function.
>
> With regard to our meeting this past Friday, no, it was not a scheduled meeting. It was simply a courtesy, to sit and explain the warning letter that was issued to you, in the hopes of rectifying the situation, so we can move forward together in a positive and productive light. It is evident based on your previous email, that you are extremely upset. While there is nothing that has been said or done by anyone at Spiderbands to warrant such feelings, I'm always happy to help you resolve any impending issues you may have. That being said, I'd like to recommend that you speak with John, our CFO and business consultant, who may be able to help. Please let me know your availability for a call on Monday 2/5, and I'll gladly set up a call for you.
>
> Thank you,
> Amanda
>
> On Fri, Feb 2, 2018 at 5:53 PM, Brittany C <brittanyc@spiderbands.com> wrote:
>> Hi Amanda,

This email regarding the unscheduled meeting that was held this morning, said to be regarding the Tuesday, 1/30/2018, 6:30pm Jumpstrike class.

All that was mentioned in the unscheduled meeting regarding the class in topic. Taking, the two Jumpstrike classes of Franci (unknown date and time), and structuring future classes per discussed fashion.

In leu of all other things mentioned and discussed in the unscheduled meeting, I upmost feel attacked by the CEO/Founder of Spiderbands, Franci Cohen. I was told I discussed my pay grade, when I never once did such with co workers and I was told I received a certain level of compensation (untruth based upon my contract), and my pay rate was disclosed to a fellow co worker, which now makes me feel uncomfortable in my place of work. My CEO/Founder unprofessionally walked out of our unscheduled meeting and stated that the matter at hand was no longer being dealt with (my contract).

There have been multiple occasions where I have been mislead and taken advantage of under the employment of Spiderbands. (3) Late payroll payments, which has caused my livelihood to be negatively effected, completing tasks outside of my job description (Turning over and Setting up for Franci's class, with the cleaning crew) which makes me feel as though I'm working like a slave. Multiple occasions of my contract being breached, emotional stress at the workplace, and loss of modeling jobs through my agency Wilhelmina models due to the restrictions of CEO/Founder of Spiderbands, Franci Cohen. It was also made clear to me that I was being delivered a "warning" for not conforming to "class structure", when it was brought to my attention that a co worker deviates far away from "class structure" and no "warning" has been given on behalf of this fact. This also makes me feel harassed.

Every meeting scheduled/unscheduled that has been had with CEO/Founder of Spiderbands, Franci Cohen present, my pay grade has been disclosed, with the mentioning of Co Workers pay rate. This has made me feel uncomfortable, and ultimately harassed at the workplace. I had a break down today due to being attacked by CEO/Founder, Franci Cohen during our meeting today. Outing my pay rate to a co worker, verbally falsifying my pay rate (including incentives), and attempting to demean my character in stating that I have given knowledge of my pay scale to my co workers, which I have never done.

In conclusion, I am stating my emotional distress, uncomfortability at the workplace, unprofessionalism towards me from my CEO/Founder Franci Cohen, harassment, and attempt to demean my character. I have witnesses to attest to all of the above and will speak on my behalf if needed.


Thank you,
Brittany Clybourn


--
**Amanda Sauer**
Director of Operations
- - - - - - - - - - - - - - - - - - - - - - - - -
**SPIDERBANDS**
12 EAST 14TH STREET
NEW YORK, NY 10003

TEL 212.287.9029
www.spiderbands.com