```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                DOCUMENT
-------------------------------------------------x   ELECTRONICALLY FILED
                                             DOC # _____
   BRITTANY CLYBOURN                         DATE FILED: __6/28/2018__

                          Plaintiff(s),      CIVIL CASE DISCOVERY PLAN
        - against -                          AND SCHEDULING ORDER

   SPIDERBANDS LLC and FRANCI COHEN
                          Defendant(s).        18   CV   3688    (ER)

-------------------------------------------------x
```

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [consent] **[do not consent]** to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case **[is]** [is not] to be tried to a jury.

3. Joinder of additional parties must be accomplished by __August 31, 2018__.

4. Amended pleadings may be filed until __August 31, 2018__.

5. Interrogatories shall be served no later than __July 16, 2018__, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than __July 16, 2018__.

7. Non-expert depositions shall be completed by __December 14, 2018__.

   a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

   b. Depositions shall proceed concurrently.

   c. Whenever possible, unless counsel agree otherwise or the Court so orders,

          non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than   November 16, 2018  .

9. Requests to Admit, if any, shall be served no later than   November 16, 2018  .

10. Expert reports shall be served no later than   November 1, 2018  .

11. Rebuttal expert reports shall be served no later than   December 1, 2018  .

12. Expert depositions shall be completed by   December 14, 2018  .

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY**   December 14, 2018  .

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon.   Henry B. Pitman  .

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for   December 14, 2018  , at   12:30 pm  . (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: New York, New York
        June 28, 2018  

                                                               Edgardo Ramos, U.S. District Judge