# GOLDBERG WEG & MARKUS PLLC

122 West 27th Street, 11th Floor
New York, New York 10001
Tel: (212) 697-3250
Fax: (212) 227-4533

October 24, 2019

<u>Via ECF</u>

Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

                            Re: Case 1:18-cv-03688-ER
                                Clybourn v. Spiderbands LLC et al

Dear Judge Cave:

     Pursuant to Rule 1.D. of Your Honor's Individual Rules of Practice, with the consent of counsel for Plaintiff Brittany Clybourn, the undersigned counsel for Defendants Spiderbands LLC and Franci Cohen respectfully request an adjournment of the telephonic conference currently schedule for October 29, 2019. This is the first request for adjournment of this conference. The reason for the adjournment request is that I am scheduled to appear for oral argument at Supreme Court, Bronx County in an action, index number: 24688/2019 on the date ordered by the court.

     We propose the alternative dates of November 12, 2019 or November 21, 2019.

     Thank you for your consideration of this request.

                                                      GOLDBERG WEG & MARKUS, PLLC

                                                      By: _____
                                                      Helen J. Setton, Esq. (HJS 2159)
                                                      122 West 27th Street, 11th Floor
                                                      New York, New York 10001
                                                      (212) 697-3250
                                                      hsetton@grlawpllc.com