UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRITTANY CLYBOURN,

                      Plaintiff,

against

SPIDERBANDS LLC, et al.,

                      Defendants.

CIVIL ACTION NO.: 18 Civ. 3688 (ER) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

A telephonic status conference was held in this matter today, November 21, 2019. If the parties have not already filed a Joint Stipulation of Discontinuance, they shall submit a Joint Status Report on the settlement negotiations by **December 12, 2019**.

Dated:      New York, New York
              November 21, 2019

                                            SO ORDERED

                                            _____
                                            SARAH L. CAVE
                                            **United States Magistrate Judge**