UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRITTANY CLYBOURN,

        Plaintiff,

against

SPIDERBANDS LLC, et al.,

        Defendants.

CIVIL ACTION NO.: 18 Civ. 3688 (ER) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Per the Order at ECF No. 41, the parties were to submit either a Joint Stipulation of Discontinuance or a Joint Status Report on the settlement negotiations by **December 12, 2019**.

The parties are ORDERED to file a Joint Status Report on the settlement negotiations by no later than **December 19, 2020**.

Dated:     New York, New York
            December 13, 2019

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge