# FILOSA GRAFF LLP

Gregory N. Filosa
(212) 256-1780
gfilosa@filosagraff.com

December 19, 2019

> The requested extension of time is GRANTED. The parties shall submit the Stipulation of Discontinuance or a further status report by **January 2, 2020.**
>
> SO ORDERED          12/20/19
>
> *SARAH L. CAVE*
> United States Magistrate Judge

VIA ECF

Hon. Sarah Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Clybourn v. Spiderbands LLC, et al*
           Docket No. 18-CV-3688 (ER)(SLC)

Dear Judge Cave,

I represent Plaintiff Brittany Clybourn in the above-referenced matter and write on behalf of both parties to provide a status report regarding the parties' settlement discussions, as required by the Court's December 13, 2019 Order. I am happy to report that counsel for the parties have finalized the terms of a written settlement agreement resolving this matter, but the parties themselves have not yet had an opportunity to sign the agreement. Once the agreement is signed by both parties, the parties intend to submit a Stipulation of Discontinuance to be so ordered by the Court. As a result, the parties would respectfully request that the Court provide them with two weeks – i.e., until January 2, 2019 – to submit such a stipulation.

We appreciate Your Honor's time and attention to this matter.

Respectfully submitted,

Gregory N. Filosa

cc: Helen Setton, Esq., *Counsel for Defendants* (via ECF)