**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BRITTANY CLYBOURN

     Plaintiff,

  v.

SPIDERBANDS LLC and FRANCI COHEN

     Defendants.

Docket No.  18 Civ. 3688 (ER) (SLC)

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and the

Defendants, through their undersigned counsel, that the above-captioned action shall be

dismissed in its entirety, with prejudice, in accordance with Rule 41(a) of the Federal Rules of

Civil Procedure, without costs or attorneys' fees to any party.

FILOSA GRAFF LLP

By: _____
   Gregory N. Filosa

111 John Street, Suite 2510
New York, NY 10038
Tel: (212) 256-1780
Fax: (212) 256-1781
gfilosa@filosagraff.com

*Attorneys for Plaintiff*

GOLDBERG WEG & MARKUS PLLC

By: _____
   Helen J. Setton

122 West 27th Street, 11th Floor
New York, New York 10001
Tel: (212) 697-3250
Fax: (212) 227-4533
hsetton@grlawpllc.com

*Attorneys for Defendants*

SO ORDERED:

January __, 2020

_____
Honorable Edgardo Ramos
United States District Judge